

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2020

No. 04-20-00236-CV

Lesley **WENGER**, City of Castle Hills Alderman Place 4 and Sylvia Gonzalez, City of Castle Hills, Place 3 (Cross-Appellee),
Appellants

v.

The **STATE** of Texas, ex. rel.,Mike Flinn, Bonnie Hokpe, Vince Martinez, Scott Gray, Ginger Magers, and Robbie Casey (Cross-Appellant),
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-15722
Honorable Larry Noll, Judge Presiding

## O R D E R

On August 12, 2020, we dismissed this appeal for want of prosecution. Appellants have filed a motion requesting this appeal be reinstated on the docket of the Court.

The memorandum opinion and judgment issued in this case on August 12, 2020 are **WITHDRAWN**. We **ORDER** that this appeal is reinstated on the docket of this court. We further **ORDER** that appellants' brief shall be filed on or before **October 2, 2020**. Appellees' combined appellees'/cross-appellants' brief is due thirty days after the filing of appellants' brief.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court